UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21 -cv- 22021 - KMW

LYNDSAY DRAVES,

    Plaintiff,

v.

TURBO POWER, LLC,
a/k/a Turbopower, LLC

    Defendant.
_____/

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant, TURBOPOWER, (hereinafter "Defendant") by and through its undersigned counsel, hereby files this Certificate of Interested Persons and Corporate Disclosure Statement, as required by court order.

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own 10% or more of a party's stock and all other identifiable legal entities related to any party in this case:

    A. Turbopower, Defendant
    B. Lyndsay Draves, Plaintiff
    C. Gulisano Law, PLLC, Counsel for Plaintiff

2. The name of every other entity whose publicly traded stock, equity or debt may be substantially affected by the outcome of the proceeding:

None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors committee (or twenty largest unsecured creditors) in bankruptcy cases.

None.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this <u>4th</u> day of November, 2021, a true and correct copy of the foregoing was filed with the Clerk of Court by using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel of parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/  Karly A. Wannos
KARLY A. WANNOS, ESQ.
Florida Bar No: 42451
RACHEL K. BEIGE, ESQ.
Florida Bar No: 16366
COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant*
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone (561) 383-9222
Karly.wannos@csklegal.com
Rachel.beige@csklegal.com

**SERVICE LIST**

Michael Gulisano, Esq.
E-mail: michael@gulisanolaw.com
Gulisano Law, PLLC
5645 Coral Ridge Drive
Suite 207
Coral Springs, FL 33076

05221604