**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

LYNDSAY DRAVES,  CASE NO.: 1:21-cv-22021-KMW

    Plaintiff,

v.

TURBO POWER LLC, A/K/A
TURBOPOWER, LLC,

    Defendants.
_____/

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE (ECF NO. 18)

Plaintiff, Lyndsay Draves (the "Plaintiff"), by and through counsel, responds to the Court's Order to Show Cause (ECF No. 18) as follows:

1. Mediation was initially scheduled for January 27, 2022 as noted by the Court. *See* ECF No. 16.

2. However, due to a conflict in the mediator's schedule, the Parties agreed to reschedule mediation to February 17, 2022. *See* Mediation Correspondence attached as Exhibit 1.

3. It appears that the mediator either inadvertently failed to file an amended notice of mediation or may have mistakenly believed one of the Parties would do so.

4. However, as of the date of this response, the Parties are confirmed for mediation on February 17, 2022 and they fully intend to comply with the Court's requirements regarding notification of the outcome of mediation.

**WHEREFORE**, the Plaintiff respectfully requests that the Court find cause established, discharge the Show Cause Order (ECF No. 18), and grant any other relief deemed just and proper.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on February 10, 2022 on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

        Respectfully submitted by,

        Gulisano Law, PLLC
        5645 Coral Ridge Drive, Suite 207
        Coral Springs, FL 33076
        954-947-3972
        michael@gulisanolaw.com

        s/ Michael Gulisano
        Michael Gulisano, Esquire
        Florida Bar No.: 87573