# GRAY | ROBINSON
### ATTORNEYS AT LAW

SUITE 3200
333 S.E. 2ND AVENUE
MIAMI, FL 33131
TEL 305-416-6880
FAX 305-416-6887
gray-robinson.com

BOCA RATON
FORT LAUDERDALE
FORT MYERS
GAINESVILLE
JACKSONVILLE
KEY WEST
LAKELAND
MELBOURNE
MIAMI
NAPLES
ORLANDO
TALLAHASSEE
TAMPA
WEST PALM BEACH

305-416-6977
MARLENE.QUINTANA@GRAY-ROBINSON.COM

December 7, 2021

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| Michael Gulisano, Esquire | Karly Wannos, Esquire |
| Gulisano Law, PLLC | Cole, Scott & Kissane, P.A. |
| 5645 Coral Ridge Drive | 222 Lakeview Avenue |
| Suite 207 | Suite 120 |
| Coral Springs, FL 33076 | West Palm Beach, FL 33401 |
| michael@gulisanolaw.com | karly.wannos@csklegal.com |

      **RE:**    **Lyndsay Draves v. Turbo Power, LLC**
            **Case Number: 21-22021-CIV-WILLIAMS/MCALILEY**
            **Client-Matter No.: 352001.1831**

Dear Counsel:

     Thank you for choosing me to mediate the above-referenced matter. The mediation has been rescheduled for **Thursday, February 17, 2022**, commencing **at 10:00 a.m., via video conference.**

     The purpose of mediation is to explore possibilities for settlement of the dispute. You must have someone with authority to settle present during the mediation. I ask that you submit to me a brief Mediation Statement summarizing the facts and issues of the case via e-mail at marlene.quintana@gray-robinson.com, no later than Tuesday, February 15, 2022. The statement should be commensurate with the complexity and severity of the case. The Mediation Statements will not be distributed to opposing parties, unless I am specifically instructed to do so.

     Mediation time and preparation, therefore, will be billed at $515.00 per hour to be divided equally among the parties, unless you advise me otherwise. Final payment will be due within ten days of receipt of my invoice. **Each attorney's firm is responsible for their respective client's share of the mediation fee. Each attorney's law firm is to ensure that its client has provided it with a sufficient trust deposit to cover the mediation fee if the attorney's firm does not intend to guarantee payment of its client's portion of the mediation fees.** Your attendance at mediation indicates that you accept these terms and shall abide by them. Accordingly, please execute this letter where indicated and return a copy prior to mediation.

#46080225 v1

**G**RAY**R**OBINSON
 PROFESSIONAL ASSOCIATION

December 7, 2021
Page 2

**In order to avoid a cancellation and/or rescheduling fee, you MUST notify me with at least five business days' notice**.  If you have any questions or concerns, please contact us within two business days of receipt of this letter.  If we do not hear from you within two business days, we will assume that you have accepted the terms of this letter.  Also, please send copies of any pleadings which may impact or affect the mediation.  I look forward to helping the parties resolve this dispute to everyone's satisfaction.

Very truly yours,

Marlene Quintana, B.C.S.

MQ/rnd

ACCEPTED BY:

_____
Michael Gulisano, Esquire


_____
Karly Wannos, Esquire

#46080225 v1