UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-cv-22021-KMW

LYNDSAY DRAVES,

    Plaintiff,

v.

TURBO POWER LLC, A/K/A
TURBOPOWER, LLC,

    Defendant.
_____/

## DEFENDANT'S RESPONSE TO ORDER TO SHOW CAUSE

Defendant, Turbo Power LLC (the "Defendant"), by and through counsel, responds to the Court's Order to Show Cause (ECF No. 18) as follows:

1. Mediation was originally scheduled for January 27, 2022 (ECF No. 16).

2. Due to a conflict in the mediator's schedule, the Parties agreed to reschedule mediation to February 17, 2022. *See* Mediation Correspondence attached as Exhibit 1.

3. It appears that the mediator either inadvertently failed to file an amended notice of mediation or may have mistakenly believed one of the Parties would do so.

4. However, as of the date of this response, the Parties are confirmed for mediation on February 17, 2022 and they fully intend to comply with the Court's requirements regarding notification of the outcome of mediation.

5. Defendant apologizes for the oversight and requests that sanctions not be imposed.

**WHEREFORE**, the Defendant respectfully requests that the Court find Defendant has shown cause for its failure to file an Amended Notice of Mediation, discharge the Show Cause Order (ECF No. 18).

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing was served on February 11, 2022 on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                COLE, SCOTT & KISSANE, P.A.
                                                Counsel for Defendant
                                                Esperante Building
                                                222 Lakeview Avenue, Suite 120
                                                West Palm Beach, Florida 33401
                                                Telephone (561) 383-9228
                                                Facsimile (561) 683-8977
                                                Primary e-mail: rachel.beige@csklegal.com
                                                Primary e-mail: karly.wannos@csklegal.com

                                                s/ Karly A. Wannos
                                                Karly A. Wannos
                                                Florida Bar No.: 42451
                                                Rachel K. Beige
                                                Florida Bar No.: 16366