UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-22021-CIV-WILLIAMS/MCALILEY

LYNDSAY DRAVES,

    Plaintiff,

v.

TURBO POWER, LLC,

    Defendant.
_____/

## MEDIATOR'S REPORT

Mediation was held on February 17, 2022, with all parties and their counsel present via video conference. A settlement was reached.

Respectfully submitted,

**GRAYROBINSON, P.A.**
333 S.E. 2nd Avenue, Suite 3200
Miami, Florida 33131
Telephone: (305) 416-6880
Facsimile:   (305) 416-6887


BY:   /s/ Marlene Quintana
    Marlene Quintana, Mediator
    Florida Bar No.: 88358
    marlene.quintana@gray-robinson.com

#46670343 v1

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 18, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document was served via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing on all counsel or parties of record on the Service List below.

      BY:   /s/ Marlene Quintana
            Marlene Quintana, Mediator

#46670343 v1