UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 21-22021-CIV-WILLIAMS

LYNDSAY DRAVES,

    Plaintiff,

vs.

TURBO POWER, LLC,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on the Parties' Joint Motion for Approval of the Settlement Agreement and Stipulation of Dismissal with Prejudice. (DE 23; DE 25.) For the reasons set forth below, the Joint Motion is **GRANTED** and the Settlement Agreement (DE 25) is **APPROVED**.

Plaintiff alleged that Defendant failed to pay Plaintiff up to eighty (80) hours of paid sick leave under the Families First Coronavirus Response Act ("FFCRA") and Emergency Paid Sick Leave Act ("EPSLA"), as required under the Fair Labor Standards Act ("FLSA") (collectively, the "Acts"). (DE 6.) Plaintiff also alleged Defendant retaliated against her for requesting leave. Defendant asserted defenses, including but not limited to that Plaintiff was not entitled to protection under the Acts, and that no retaliation was present. (DE 7; DE 23.) On February 18, 2022, notice was filed to the docket that the Parties reached a settlement in this matter. (DE 21.)

The Parties have memorialized the terms of their FLSA settlement in a final written settlement agreement that was executed by all Parties and has been submitted to the

Court for review. (DE 25.)

When a private action brought under the FLSA is settled, the Court "may enter a stipulated judgment after scrutinizing the settlement for fairness." *Lynn's Food Stores, Inc. v. U.S.*, 679 F.2d 1350, 1353, 1355 (11th Cir. 1982). The Court must find that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Id.* at 1355. While FLSA provisions are mandatory, the Eleventh Circuit recognizes that there may be bona fide disputes as to FLSA coverage and thus, the Court may approve a settlement to "promote the policy of encouraging settlement of litigation." *Id.* at 1354.

Upon review of the Joint Motion, the Settlement Agreement, and the record, the Court finds that the Settlement Agreement represents a fair and reasonable resolution of the parties' bona fide FLSA disputes in this matter.

Accordingly, it is **ORDERED AND ADJUDGED** that the Parties' Settlement Agreement (DE 25) is **APPROVED,** their Joint Motion (DE 23) is **GRANTED**, and Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 11th day of April, 2022.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE